**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

**SEBASTIAN J. BALLIRO,**         Case No.: 11-15580-JKO
                                  Chapter 7 (Previous Chapter 11)

Debtor.
_____/

**CHAD T. VAN HORN, ESQ,**
**DAVID MARSHALL BROWN, ESQ**
**AND BROWN VAN HORN P.A.**

Appellants.
_____/

**CHAD T. VAN HORN, ESQ., DAVID MARSHALL BROWN, ESQ.**
**AND BROWN VAN HORN P.A. NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that CHAD T. VAN HORN, ESQ., DAVID MARSHALL BROWN, ESQ AND BROWN VAN HORN P.A., appeal under 28 U.S.C. §158(a) and Federal Rule of Bankruptcy Procedure 8001(a), from the Bankruptcy Court's Order Granting In-Part Chapter 7 Trustee's Motion for Disgorgement [D.E. 245], entered in the above captioned proceedings on September 12, 2012. A Copy of the Order is attached hereto as Exhibit "A".

The names and addresses of all parties to the judgment, order, or decree appealed from are as follows:

**Chad T. Van Horn, Esq.**
VAN HORN LAW GROUP, P.A.
330 N. Andrews Ave, Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 678-9168 (Fax)
Chad@CVHLawGroup.com

**David Marshall Brown, Esq.**
David Marshall Brown, P.A.
600 S.W. 4th Avenue
Fort Lauderdale, FL 33315
(954) 916-7989
(954) 764-1968 (fax.)
davidbrownfll@gmail.com

**Brown Van Horn, P.A.**
Chad T. Van Horn, Esq.
330 N. Andrews Ave, Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 678-9168 (Fax)
Chad@CVHLawGroup.com

**Les Osborne**, Chapter 7 Trustee
Rappaport Osborne and Rappaport,PL
1300 N. Federal Hwy #203
Boca Raton, FL 33432
561-368-2200 x108
Les@rorlawfirm.com

  Respectfully submitted this 24th day of September, 2012.

        **VAN HORN LAW GROUP, P.A.**
        330 N. Andrews Ave, Suite 450
        Fort Lauderdale, FL 33301
        (954) 765-3166
        (954) 678-9168 (Fax)
        Chad@CVHLawGroup.com

        By: /s/ Chad T. Van Horn
        Chad T. Van Horn, Esq.
        Florida Bar No. 64500

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of September 2012, a true and correct copy of the foregoing was served on all known CM/ECF participants, and as such are deemed served electronically upon the filing of this Notice.

The following is the list of parties who are currently on the list to receive email notice/service for this case.

 - Eyal Berger    eyal.berger@akerman.com
 - Ron C. Bingham II    rbingham@stites.com
 - Catherine E Douglas    catherine.douglas@akerman.com
 - Suly M. Espinoza    sespinoza@flwlaw.com
 - Michael Foster    michael.foster@kaplanzeena.com
 - David L Gay    dgay@bergersingerman.com,
 - Marc A. Gregg    marcagreggpa@aol.com
 - Kevin L Hing    khing@logs.com, electronicbankruptcynotices@logs.com
 - Kenneth M Jones    kjones@moodyjones.com
 - Joe M Lozano    notice@bvwlaw.com
 - Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
 - Leslie S Osborne    osbornetrustee@kennethrappaportlawoffice.com,
- Leslie S. Osborne    rappaport@kennethrappaportlawoffice.com
- Steven K Platzek    skp@gh-law.net
- Steven G. Powrozek    spowrozek@logs.com, electronicbankruptcynotices@logs.com
- Dean R. Prober    cmartin@pprlaw.net
- Zana Michelle Scarlett    Zana.M.Scarlett@usdoj.gov
- Arthur J Spector    aspector@bergersingerman.com, efile@bergersingerman.com
- Damian A Valladares    dvalladares@weltman.com, floridabankruptcy@weltman.com
- Chad T Van Horn    chad@cvhlawgroup.com,

                                        By:   /s/ Chad T. Van Horn
                                        Chad T. Van Horn, Esq.
                                        Florida Bar No. 64500

# EXHIBIT "A"



**ORDERED in the Southern District of Florida on September 12, 2012.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:

Sebastian J Balliro,

              Debtor.
_____/

Case No.:  11-15580-JKO

Chapter  7 (*Previous Chapter 11*)

### ORDER GRANTING IN-PART CHAPTER 7 TRUSTEE'S MOTION FOR DISGORGEMENT
### [ECF NO. 215]

      The court conducted a hearing on July 24, 2012 at 9:30 a.m. regarding the Chapter 7 Trustee's motion for disgorgement against Chad Van Horn, Esq., David Brown, Esq., and Brown Van Horn, P.A. *See* [ECF Nos. 215, 219, & 240]. The motion seeks disgorgement of a September 27, 2011 interim award of $20,004.00 in fees and $1,340.08 in costs. *See* [ECF No. 104]. Having reviewed the Trustee's motion, the response thereto, the record of the July 24th hearing, and the record of this case, the court finds that the disgorgement motion should be granted in-part.

      This court has long warned attorneys at interim fee hearings that an interim fee award is just that – subject to later review. Interim fee awards have no preclusive effect, and are an accommodation for estate professionals who would otherwise not see any money until a final fee hearing (sometimes years into a case). The fact that interim fees were awarded has no bearing on whether an estate professional may keep that award.

      Here, the Chapter 7 Trustee essentially argues that Brown Van Horn should not have filed this case at all, and that once the case was filed, they provided *de mimimis* value to this bankruptcy estate. A review of the record in this case causes the court to agree. The Chapter 7 Trustee's disgorgement motion is granted in-part with respect to the fee award and denied in-part with respect to the cost award. The interim fee recipients shall disgorge $20,004.00 to the estate.

**SO ORDERED.**

# # #

*Copies to all interested parties registered to receive notice via NEF & BNC.*